

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-15-00353-CV

**IN THE MATTER OF W.E.L.**,

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 1992JUV01331
Honorable Andy Mireles, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Notice of Appeal is this date DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court